IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**RUBY THOMPSON**                                                   **PLAINTIFF**

**V.**                       **CIVIL ACTION NO. 2:16-CV-7-KS-MTP**

**ELLIOTT NIPPER, M.D.,** *et al.*                     **DEFENDANTS**

### ORDER

On March 23, 2016, the Court ordered Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction. Plaintiff did not respond to the Court's order. The Court specifically advised Plaintiff that failure to respond would be construed as an admission that this Court does not have subject matter jurisdiction of this case, and as willful delay or contumacious conduct meriting dismissal without prejudice. Therefore, the Court **dismisses** this case **without prejudice** pursuant to Rule 16(f)(1)(C) and its inherent authority to dismiss a lawsuit for failure to prosecute or comply with the Court's orders.

SO ORDERED AND ADJUDGED, on this, the 1st day of April, 2016.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE